UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

TAVON TURNER, on behalf of himself and all others similarly situated,

                   Plaintiff,

    -against-

SMMB INC., d/b/a Purple Plains,

                   Defendant.
------------------------------------------------------------------------- x

**NOTICE OF APPEARANCE**

24 Civ. 8282 (RA)

**To: The Clerk of the Court and All Parties of Record:**

    **PLEASE TAKE NOTICE** that I am admitted to practice in this Court and hereby appear in this action as counsel for Defendant. Service of all pleadings, papers and documents required to be served in this action should be served upon the undersigned as indicated below.

Dated:   White Plains, NY
           January 2, 2025

                              **KEANE & BEANE, P.C.**

                     By:    */s/ Edward J. Phillips*
                            Edward J. Phillips
                            Attorneys for Defendant
                            445 Hamilton Avenue, 15th Floor
                            White Plains, NY 10601
                            (914) 946-4777
                            ephillips@kblaw.com