UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

TAVON TURNER, on behalf of himself and all others similarly situated,

      Plaintiff,

 -against-

SMMB INC., d/b/a Purple Plains,

      Defendant.
------------------------------------------------------------------------ x

**STIPULATION EXTENDING TIME TO ANSWER/MOVE**

24 Civ. 8282 (RA)

*IT IS HEREBY STIPULATED AND AGREED,* by the undersigned counsel, that the time within which Defendant must answer, move or otherwise respond to the Complaint in the above-captioned action is extended through and including February 3, 2025.

Dated: White Plains, NY
    January 2, 2025

| | |
|---|---|
| **JOSEPH AND NORINSBERG, LLC** | **KEANE & BEANE, P.C.** |
| By: ___/s/ *Arjeta Albani*___ | By: ___/s/ *Edward J. Phillips*___ |
| Arjeta Albani | Edward J. Phillips |
| Attorney for Plaintiff | Attorneys for Defendant |
| 110 East 59th Street, Suite 2300 | 445 Hamilton Ave., Suite 1500 |
| New York, NY 10022 | White Plains, NY 10601 |
| (212) 791-5396 | (914) 946-4777 |
| (212) 406-6890 (fax) | ephillips@kblaw.com |
| arjeta@norinsberglaw.com | |

**SO ORDERED:**

_____
**Ronnie Abrams**
**United States District Judge**
**January 3, 2025**