## Joseph & Norinsberg LLC
### Fighting for Employee Justice

**Queens Office**
69-06 Grand Avenue, 3rd Floor
Maspeth, New York 11378

**Manhattan Office**
110 East 59th Street, Suite 2300
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1515 Market Street, Suite 1200
Philadelphia, Pennsylvania 19102

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Ave, Suite 832
Winter Park, Florida 32790

Arjeta Albani, Esq.
**arjeta@employeejustice.com**

January 30, 2025

**VIA ECF**

Hon. Ronnie Abrams
United States District Court Judge
Southern District of New York
United States Courthouse
40 Foley Square, Courtroom 1506
New York, New York 10007

Re: **Tavon Turner v. SMMB Inc. d/b/a Purple Plains**
**Case No. 1:24-cv-8282 (RA)**

Dear Judge Abrams,

We represent Plaintiff Tavon Turner ("Plaintiff") in the above referenced ADA matter. We write now with the Defendant's consent, to respectfully inform the Court that the Parties have reached a settlement in principle in this action.

In light of the anticipated settlement, the parties respectfully request that all currently pending deadlines and conferences in this action be adjourned *sine die*. The parties intend to electronically file a proposed Consent Decree and Stipulation of Discontinuance within 30 days.

We thank the Court for its time and attention in this matter.

Respectfully submitted,

JOSEPH & NORINSBERG, LLC

Arjeta Albani, Esq.
*Attorneys For Plaintiff*

110 East 59th Street, Suite 2300
New York,  New York 10022
(212) 227-5700
Fax No. (212) 656-1889
arjeta@employeejustice.com

CC:
Edward J. Phillips, Esq.
445 Hamilton Avenue, 15th Floor
White Plains, NY 10601
ephillips@kblaw.com